UST-22, 4-01

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>HENTHORN, CHRISTINE B<br>Christine B Stewart<br><br>Debtor(s) | Chapter 7<br><br>Case No. 08-03245-SV EWH<br><br>**ORDER ON TRUSTEE'S OBJECTION TO CLAIM NO. 4** |

The Trustee, <u>Beth Lang</u>, having objected to the referenced claim, and after due notice by mail to the claimant, and the claimant having failed to respond, or after a hearing on the claimant's response, and good cause appearing,

IT IS HEREBY ORDERED that:

  <u> X </u>      Trustee's objection is sustained and the following claim is **DISALLOWED**:

No. <u> 4 </u> filed on <u> 9/24/08 </u> for $<u> 7,714.84 </u> as a claim by or on behalf of

Lawyers Title of AZ Inc  
Servicing Agent for CharDar Investments  
Loan #17770802A  
Trust Dept  
PO Box 7338  
Phoenix AZ 85011-7338  

CharDar Investments LLC  
1121 W Warner Rd Ste 109  
Tempe AZ 85284  

**DATED AND SIGNED ABOVE**

Submitted by:

Beth Lang, Chapter 7 Trustee  
1955 West Grant Road, Suite 125  
Tucson, AZ 85745  
Phone: 520/ 884-1880  
Fax: 520/ 624-4028  
Email: bethelang@earthlink.net